==Motion GRANTED.==

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 3:10-00006** |
| | ) | **Judge Trauger** |
| **ALTON MINTON** | ) | |

### MOTION FOR AN ORDER OF FORFEITURE
### CONSISTING OF A $866,143.50
### <u>UNITED STATES CURRENCY  MONEY JUDGMENT</u>

The United States of America, by its undersigned counsel, pursuant to Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure, moves upon acceptance of Defendant's plea of guilty to Count One by the Court of the Indictment in the above-styled case, for an Order of Forfeiture consisting of $866,143.50 United States currency Money Judgment against Defendant on Count One of the Indictment.

A memorandum of law and facts is filed in support of this motion.  Additionally, a proposed Order is attached hereto for the Court's convenience.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

By:   /s Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS
Assistant U.S. Attorney
110 Ninth Avenue South,  Suite A-961
Nashville, Tennessee 37203
Telephone: 615  736-5151
Facsimile:  615 736-5323
