## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:10-00006 |
| | ) | Judge Trauger |
| ALTON MINTON | ) | |
| | ) | |

### O R D E R

It is hereby **ORDERED** that the Clerk shall file the attached documents in the record of this case, which documents were hand-delivered to Judge Trauger's chambers on January 4, 2013.

It is hereby **ORDERED** that the Probation Office is requested to look into this matter with the Bureau of Prisons and furnish the court with a memorandum as soon as possible.

It is further **ORDERED** that the Clerk shall send a copy of this Order only to the defendant where he is presently housed.

It is so **ORDERED**.

ENTER this 7th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge